MAYOR AND CITY COUNCIL OF EATONTON *v.* REID *et al.*

SIMMONS, C. J.　1. Under the facts shown by the record, there was no legal evidence that the verdict complained of was arrived at by chance.

2. If facts occurring after the trial can be considered as newly discovered evidence at all, they were in the present case of a cumulative and impeaching character, and did not constitute a ground requiring the grant of a new trial.

3. There was evidence to sustain the verdict.

*Judgment affirmed.　All the Justices concurring, except Lewis, J., who was disqualified.*

Submitted May 10,—Decided June 1, 1899.

Action for damages.　Before Judge Hart.　Putnam superior court.　September term, 1898.

*Joseph S. Turner* and *S. T. Wingfield*, for plaintiff in error. *W. F. Jenkins & Son*, contra.

---

GILES, executrix, *v.* PARKER.

FISH, J.　Where the petition, pleas, auditor's report, and exceptions thereto are material to a clear understanding of the errors complained of, and are so specified in the bill of exceptions, and it appears that copies of these documents are indispensable to this purpose, but that they are not contained in the record sent to this court, the clerk of the court below certifying that they are not recorded in his office, and that, after diligent search and inquiry of counsel for both sides and of the trial judge, he has been unable to find them, and where, upon a motion to dismiss the writ of error, there is no suggestion that such parts of the record have been found or can be supplied, a motion to dismiss the writ of error should be granted.　See *Blackwell* v. *Compton*, 107 *Ga.* 764.

*Writ of error dismissed.　All the Justices concurring.*

Submitted May 11,—Decided June 1, 1899.

Exceptions to auditor's report.　Before Judge Littlejohn. Sumter superior court.　May term, 1898.

*J. A. Ansley* and *L. J. Blalock*, for plaintiff in error. *Hixon & Callaway* and *James Taylor*, contra.